UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL JOSEPH TISONE,

    Petitioner,

v.                                     Case No.:  2:24-cv-1052-SPC-NPM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## OPINION AND ORDER

Before the Court is the United States' Unopposed Motion to Seal Exhibits One Through Three of Its § 2255 Response (Doc. 9). The government requests permission to file under seal three FBI Form FD-302s that memorialize witness interviews relating to the investigation of the petitioner's criminal case. But the government does not explain why the forms should be sealed, and the Court cannot simply rubber stamp such a request. "What transpires in the courtroom is public property, and both judicial proceedings and judicial records are presumptively available to the public." *Perez-Guerrero v. U.S. Atty. Gen.*, 717 F.3d 1224, 1235 (11th Cir. 2013) (cleaned up). Federal courts have a duty to balance the public's right of access against the need for confidentiality. *See Farnsworth v. Proctor & Gamble Co.*, 758 F.2d 1545, 1547 (11th Cir. 1985).

The Court can imagine compelling reasons to seal the type of form at issue here, like protecting the integrity of an ongoing investigation or the identities of informants. But without some explanation for the need to seal, the Court can only speculate. The United States has not identified a compelling interest to seal here, so the Court cannot find good cause to overcome the public right of access. Accordingly, the motion to seal (Doc. 9) is **denied without prejudice**. The government may renew its request, but it must identify a compelling interest to justify its request.

**DONE AND ORDERED** in Fort Myers, Florida on February 5, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:   All Parties of Record